IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:23-CR-90 |
| v. | : Judge Algenon L. Marbley |
| JAMES BARTELS, | : |
| Defendant. | : |

**ORDER**

This matter comes before this Court on Defendant's Unopposed Motion to Extend Voluntary Surrender Date ("Motion"). (ECF No. 51). Defendant pleaded guilty to one count of Timber Set Afire in violation of 18 U. S.C. § 1855. (ECF No. 47 at 1). He was sentenced to 18 months of imprisonment and three years of supervised release. (*Id*. at 2, 4). His surrender for service of sentence was set to occur on or before May 9, 2025. (*Id*. at 2). This Court then granted Defendant's first request for a 90-day extension of the self-surrender date so that Defendant may continue to address certain medical issues involving his hand. (ECF No 50). In his first request, Defendant explained his medical issues resulted in a partial amputation and his doctors needed additional time, approximately 90 days, to prevent a need for further amputation. (ECF No. 49 at 2). Accordingly, the self-surrender date was rescheduled to occur on or before August 8, 2025. (ECF No. 50).

Defendant now requests another extension—until November 10, 2025—due to further serious medical complications. (ECF No. 51). The complications include a bone infection, a form of flesh-eating virus, and a severe case of MRSA. (*Id*. at 2). Given the severity of the medical issues and the anticipated amount of time needed to address them, Defendant asks this Court for an approximately 90-day extension (*Id*.). The Government does not oppose. (*Id*. at 3).

For good cause shown, the Motion (ECF No. 51) is **GRANTED**. Defendant's self-surrender date is now set to occur on or before **November 10, 2025.**

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  July 28, 2025**